IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BENJAMIN JAMON MAXWELL, SR., )
)
    Plaintiff, )
)
v. ) CASE NO. CV416-075
)
MATTHEW A. BREEDON, Assistant )
District Attorney; CHATHAM )
COUNTY DISTRICT ATTORNEY )
OFFICE; and SUPERIOR COURT )
CLERK OFFICE; )
)
    Defendants. )
)

# O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 22ND day of June 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA