AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Benjamin Jamon Maxwell, Sr.

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV416-75

Matthew A. Breedon et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated June 22, 2016, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; dismissing this case with prejudice. This action stands closed.



| June 22, 2016 | Scott L. Poff |
|---|---|
| Date | Clerk |

(By) Deputy Clerk

GAS Rev 10/1/03